# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

UNITED STATES OF AMERICA
v.

BRIAN MATTHEW MORTON

Case Number: **4:18-MJ-786**

FILED
DEC 20 2018
CLERK, U.S. DISTRICT COURT
by _____
            Deputy

### ORDER OF TEMPORARY DETENTION AND
### SCHEDULING DETENTION AND PRELIMINARY HEARING

Upon motion of the Assistant United States Attorney, it is ordered that a detention[1] and preliminary hearing is set for Thursday, December 27, 2018 at 2:00 p.m. before United States Magistrate Judge Jeffrey L. Cureton, 501 W. 10th Street, Fort Worth, Texas. All attorneys are required to appear in court 15 minutes prior to the hearing.

It is further ordered that pending this hearing, the defendant shall be detained in the custody of the United States Marshal and produced for the hearing set forth above.

Signed: December 20, 2018

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the detention hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant, 18 U.S.C. Section 3142(f)(2).